# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Jean A. Hanlon**

    vs.                          **CASE NUMBER: 5:07-CV-747 (FJS)**

**Commissioner of Social Security**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Plaintiff's motion for judgment on the pleadings is DENIED, that Defendant's motion for judgment on the pleadings is GRANTED, further that the Commissioner's decision as to Jean Hanlon is AFFIRMED and the Complaint is DISMISSED in its entirety.

All of the above pursuant to the Order of the Honorable Senior United States District Court Judge Frederick J. Scullin, dated the 17th day of December, 2010.

DATED: December 17, 2010

                                                    Clerk of Court

                                                    s/

                                                    Joanne Bleskoski
                                                    Deputy Clerk